People v Silvagnoli (2018 NY Slip Op 04276)

People v Silvagnoli

2018 NY Slip Op 04276 [31 NY3d 1103]

June 12, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, August 22, 2018

[*1]

The People of the State of New York, Appellant,
v
Roque Silvagnoli, Respondent.

Argued April 25, 2018; decided June 12, 2018

People v Silvagnoli, 151 AD3d 443, reversed.

APPEARANCES OF COUNSEL

Cyrus R. Vance, Jr., District Attorney, New York City (Stephen Kress and Alan Gadlin of counsel), for appellant.
Seymour W. James, Jr., The Legal Aid Society, New York City (William B. Carney of counsel), for respondent.

{**31 NY3d at 1104} OPINION OF THE COURT

Memorandum.
The order of the Appellate Division should be reversed and the judgment of Supreme Court reinstated.
In this case, the impermissible questioning of defendant on a represented matter was so brief, flippant, and minimal that it was discrete and fairly separable as a matter of law from the interrogation of defendant on an unrepresented matter (see People v Cohen, 90 NY2d 632, 641 [1997]). Defendant's further arguments regarding the represented matter lack merit.
Defendant's alternative argument presents a mixed question of law and fact that is not subject to further review where, as here, the determination that defendant failed to invoke his right to remain silent is supported by evidence in the record (see People v Glover, 87 NY2d 838, 839 [1995]).
Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.
Order reversed and judgment of Supreme Court, New York County, reinstated, in a memorandum.